**CHAPTER 13 TRUSTEE**                                                                921821

UNITED STATES BANKRUPTCY COURT          Mar 14, 2008                       $9,315.61

*Funds on 16 - Chapter 13 Accounts*
Payments found to be undeliverable, detailed on the
attached listing, for deposit into the registry of the court.

---

**CHAPTER 13 TRUSTEE**                          **FIRST AMERICAN BANK & TRUST**        921821
433 METAIRIE ROAD, SUITE 307                    METAIRIE, LA 70005
METAIRIE, LA 70005                              84-242/654

                                                              DATE              AMOUNT
                                                         March 14, 2008       $ 9,315.61

                          31/100 Dollars

UNITED STATES                 JRT
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION
                                              /s/ A J Beaulieu Jr
# 223722      - RW                                        AUTHORIZED SIGNATURE
* * C O P Y * *
April 04, 2008              ⑊4024230⑊ 690 272 3⑊
11:45:12

TREASURY REGFUND                              #9315 61
btor.: 16 VARIOUS CHAPTER 13'S                Deposited on
          $9,315.61 CH                        4/4/08 to 60478K
iount.:                                       Acct for 16 -
ieck#.: 921821                                Chapter 13 Cases

[otal-> $9,315.61

:ROM: BEAULIEU

```
Date: Fri Mar 14, 2008          REGISTRY CHECK #921821                   Page: 1
Time: 3:01 PM                                                            User: JOHN
```

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0316910 | WINFIELD | FITZGERALD J | 442.97 | PAUL HOLMES<br>C/O MARK A VICKNAIR ATTY |
| | 1812 O'CONNOR<br>GRETNA LA   70053 | | | 3115 PONCE DE LEON<br>NEW ORLEANS LA   70119 |
| 0318298 | CHAISSON<br>CHAISSON<br>318 ROBIN ST<br>GRAY LA   70359 | DEAN MICHAEL<br>SUSAN D | 482.63 | DILLARD NATIONAL BANK<br>% STOKES & CLINTON<br>1000 DOWNTOWNER BLVD<br>MOBILE AL   36691 |
| 0319778 | EVANS III | JAMES HOMER | 2,589.44 | CITIBANK |
| | 52221 HWY 51<br>INDEPENDENCE LA   70443 | | | 4740 121ST ST<br>URBANDALE IA   50323 |
| 0411524 | LASSAI | TESS | 1,191.43 | CITY ATTORNEY OFFICE<br>CITY OF NEW ORLEANS STE 5E03 |
| | 1816 6TH ST<br>NEW ORLEANS LA   70115 | | | 1300 PERDIDO ST<br>NEW ORLEANS LA   70112 |
| 0411524 | LASSAI | TESS | 1,155.38 | CITY OF NEW ORLEANS<br>ROOM 801 |
| | 1816 6TH ST<br>NEW ORLEANS LA   70115 | | *Total 2,346.81* | 1340 POYDRAS ST<br>NEW ORLEANS LA   70112 |
| 0414203 | BLACKWELL II<br>BLACKWELL<br>301 MOUNDS AVE<br>NEW ORLEANS LA   70124 | JOHN MARLIN<br>DENISE DENMARK | 15.69 | |
| 0415966 | HOLLIER | TIMOTHY JAMES | 460.82 | |
| | 1011 WASHINGTON ST<br>GRETNA LA   70053 | | | |
| 0417198 | BROCATO | LAURIE MARIA | 1.65 | |
| | 803 SEVENTH STREET<br>NEW ORLEANS LA   70115 | | | |
| 0418033 | SANDERS | LINDA G | 171.87 | |
| | 183 PINEWOOD CT<br>NEW ORLEANS LA   70114 | | | |
| 0510264 | LEWIS | RACHELLE FELIZ | 316.00 | |
| | 2499 BENSON RIDGE<br>LITHONIA GA   30058 | | | |
| 0513912 | SONIA | DONALD ALFRED | 363.91 | |
| | 3700 9TH AVE N<br>TEXAS CITY TX   77590 | | | |
| 0514541 | BRADSTREET<br>BRADSTREET<br>2401 LAURADALE DR<br>NEW ORLEANS LA   70114 | KENO KEET<br>SHARON JOHNSON | 17.97 | MR MONEY<br>#A<br>7159 BUECHE RD<br>BUECHE LA   70729 |
| 0515600 | EDWARDS<br>FLEMING<br>10233 MOLLYLEA DR<br>BATON ROUGE LA   70815 | THEODORE N<br>PAULETTE | 310.30 | EZ CASH<br><br>9301 LAKE FOREST BLVD<br>NEW ORLEANS LA   70127 |
| 0515871 | BAYLISS | MICHAEL ALAN | 1,097.00 | |
| | 108 WILLOW BRANCH RD<br>NORMAN, OK   73072 | | | |

~~8,617.06~~

| Date: Fri Mar 14, 2008 | | REGISTRY CHECK #921821 | | Page: 2 |
|---|---|---|---|---|
| Time: 3:02 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0517295 | BRYER | DORIS | 49.50 | |
| | 2109 FOURTH ST | | | |
| | NEW ORLEANS LA | 70119 | | |
| 0611319 | HAY | VAUGHAN | 552.37 | |
| | HAY | ANGELA | | |
| | PO BOX 1943 | | | |
| | NATABANY LA | 70451 | | |
| 0611412 | LEBLANC | LINDSEY | 96.68 | |
| | 2605 INDIANA AVE | | | |
| | KENNER LA | 70065 | | |

*Total $9315.61 / 16 Ch. 13 Accounts* (handwritten; 698.55 crossed out)