UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

FILED

IN RE Theodore N. & Paulette Fleming Edwards    BANKRUPTCY CASE NO. 05-15600

2010 APR -9 P 12: 13

Debtor(s)                       CHAPTER

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, **Melinda Sanders Corzine**, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On **04/04/2008**, the trustee of this estate deposited the sum of **$310.30**, belonging to **EZ CASH**, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to **Melinda Sanders Corzine** at the following address: **1656 Sycamore View Memphis, TN 38134**.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

4/5/10

_Melinda Sanders Corzine_
Melinda Sanders Corzine

Subscribed and Sworn Before Me this 5th day of April, 2010.

_Eleanor Hancock_
Notary Public in and for the State of Tennessee
My commission expires: 3/1/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE   Theodore N. & Paulette Fleming Edwards   BANKRUPTCY CASE NO. 05-15600

Debtor(s)                                       CHAPTER

### CERTIFICATE OF SERVICE

I, __Melinda Sanders Corzine__, certify that on __4/5/10__, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

*/s/ Melinda Sanders Corzine*
Melinda Sanders Corzine